**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CORNELIOUS WHEELER,
ADC #134575                                                                                                PLAINTIFF

v.                                        2:11-cv-00092-JMM-JTK

OFFICER BELL                                                                                               DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this  7  day of   July  , 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE